# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1553
LT Case No. 2023-CT-000023-A

_____

TIMOTHY PORTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the County Court for Duval County.
Kimberly A. Sadler, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Steven E.
Woods, Assistant Attorney General, Tallahassee, for Appellee.

September 20, 2024


PER CURIAM.

Timothy Porter ("Appellant") timely appeals his conviction for one count of driving under the influence ("DUI"), a misdemeanor offense. He was sentenced to twelve months' probation and ordered to pay certain court costs. Although he raises four issues on appeal, only one merits discussion.

Appellant argues that the trial court erred when it imposed $50.00 for investigative costs pursuant to section 938.27(1), Florida Statutes (2023), because the State did not specifically request that cost to be imposed. We agree that it was error to do so. *See Richards v. State*, 288 So. 3d 574, 576 (Fla. 2020); *O'Malley v. State*, 378 So. 3d 672, 674 (Fla. 5th DCA 2024). We affirm as to all other issues, but reverse and remand with instructions for the trial court to enter an amended cost order that removes the $50.00 investigative cost.

AFFIRMED, in part; REVERSED, in part; REMANDED with instructions.

EDWARDS, C.J., and EISNAUGLE and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

2